IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATTHEW STELLY, CHERYL WILLIAMS, and GOLY YOUNG, | ) ) ) | 8:14CV170 |
| Plaintiffs, | ) ) | |
| | ) | **MEMORANDUM** |
| v. | ) ) | **AND ORDER** |
| ROBERT PETERS, JAMES THELE, MIKE SAKLAR, and MARTIN SHUKERT, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. The above-captioned matter was provisionally filed on June 6, 2014, by Plaintiffs Matthew Stelly, Cheryl Williams, and Goly Young. (Filing No. 1.) All three Plaintiffs signed the Complaint. However, only Plaintiff Matthew Stelly submitted a motion to proceed in forma pauperis ("IFP"). (Filing No. 2.) Plaintiffs Cheryl Williams and Goly Young did not submit a motion to proceed IFP or pay the court's $400.00 filing and administrative fees.

Although only one filing fee needs to be paid per case in a nonprisoner case such as this one, if multiple plaintiffs seek to proceed IFP, each plaintiff must qualify for IFP status. Plaintiffs Cheryl Williams and Goly Young have the choice of either tendering the $400.00 filing and administrative fees to the Clerk of the court or of *each* submitting a request to proceed in forma pauperis and an affidavit of poverty in support thereof. If Plaintiffs choose to do the latter, the enclosed pauper's forms should be completed and returned to this court.

IT IS THEREFORE ORDERED that:

1. Plaintiffs Cheryl Williams and Goly Young have the choice of either tendering the $400.00 fees to the Clerk of the court or of *each* submitting a request to proceed in forma pauperis and an affidavit of poverty in support thereof.

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter as to any plaintiff who has not submitted a request to proceed in forma pauperis if the filing and administrative fees have not been paid in the case.

3. The Clerk of the court is directed to send to Plaintiffs Cheryl Williams and Goly Young the Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit.

4. The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: July 9, 2014: Check for MIFP or payment from Young and Williams.

DATED this 9th day of June, 2014.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.