IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATTHEW STELLY, and CHERYL WILLIAMS, | ) ) ) | 8:14CV170 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| ROBERT PETERS, JAMES THELE, MIKE SAKLAR, MARTIN SHUKERT, and JOHN REHTMEYER, | ) ) ) ) ) ) | |
| Defendants. | ) | |

On November 21, 2014, the court ordered Plaintiffs to file separate second amended complaints within 30 days or face dismissal of this action. To date, Plaintiffs have not filed second amended complaints or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiffs failed to prosecute this matter diligently and failed to comply with this court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 8th day of January, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge